**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

| | |
|---|---|
| **IN THE MATTER OF COOPER MARINE & TIMBERLANDS CORPORATION,** as owner *pro hac vice* and operator of the Barge Big 505, Official No. 1100343 | **PETITIONER**<br><br>NO. 1:20-CV-191-DMB-DAS |
| consolidated with | |
| **IN THE MATTER OF THE COMPLAINT OF MAX MARINE LLC,** as owner *pro hac vice* and operator of the M/V Crown Jewel | **PETITIONER**<br><br>NO. 1:21-CV-56-DMB-DAS |

**ORDER**

On October 4, 2022, United States Magistrate Judge David A. Sanders issued a Report and Recommendation ("R&R") recommending that Cooper Marine & Timberlands Corporation's motion to enforce settlement be denied. Doc. #123. No objections to the R&R were filed and the time to do so has passed.

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1428–29 (5th Cir. 1996)). The Court has reviewed the R&R and finds no plain error on the face of the record. Accordingly, the R&R [123] is **ADOPTED** as the order of this Court. Cooper Marine's motion to enforce settlement [85] is **DENIED**.

**SO ORDERED**, this 25th day of October, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**