IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| IN THE MATTER OF COOPER MARINE & TIMBERLANDS CORPORATION, as owner *pro hac vice* and operator of the Barge Big 505, Official No. 1100343 | PETITIONER<br><br>NO. 1:20-CV-191-DMB-DAS |

consolidated with

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MAX MARINE LLC, as owner *pro hac vice* and operator of the M/V Crown Jewel | PETITIONER<br><br>NO. 1:21-CV-56-DMB-DAS |

## ORDER

On November 8, 2022, the parties filed a joint motion "to dismiss the claims of [Cameron] Lawrence, including all claims asserted herein or which could have been asserted herein by Lawrence against Max Marine and [Cooper Marine & Timberlands Corporation], with prejudice, each party to bear its own costs, expenses, attorneys' and expert fees." Doc. #131 at 1. Given that all parties request such relief,[1] the joint motion [131] is **GRANTED** and such claims by Lawrence are **DISMISSED with prejudice**, with each party bearing its own costs and fees.

SO ORDERED, this 9th day of November, 2022.

/s/Debra M. Brown
UNITED STATES DISTRICT JUDGE

---

[1] Though not stated in the motion, the minutes of a June 14, 2022, settlement conference reflect a settlement agreement was reached as to Lawrence's claims. Doc. #75.